UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

In the Matter of **Richard P. Liebowitz,**
A Member of the Bar of the
United States District Court
For the District of North Dakota

Case No. 1:20-mc-010

### ORDER TO SHOW CAUSE

The United States District Court for the Southern District of New York issued an Order entered on November 30, 2020, suspending Richard P. Liebowitz, from the practice of law effective immediately, pending the outcome of disciplinary proceedings in the Southern District of New York and until further order of the Southern District of New York. Richard P. Liebowitz is also a member of the Bar of the United States District Court for the District of North Dakota.

IT IS ORDERED, pursuant to D.N.D. Gen. L. R. 1.3(H)(1), that Richard P. Liebowitz is temporarily suspended from practice before this Court, effective immediately, pending further order of the Court. IT IS ORDERED, pursuant to D.N.D. Gen. L. R. 1.3(H)(2), Richard P. Liebowitz show cause within thirty (30) days from this date why he should not be suspended from practice before this Court. A personal appearance and formal proceeding may be waived by the filing of an affidavit by Richard P. Liebowitz consenting to the suspension of his admission to the Bar of this Court to coincide with the suspension ordered by the Supreme Court of North Dakota.

Dated this 15th day of December, 2020.

                                          */s/ Peter D. Welte*
                                          Peter D. Welte, Chief Judge
                                          United States District Court