**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Richard P. Liebowitz
ATTN: Law Offices of Michael S. Ross
One Grand Central Place
60 East 42nd Street, 47th Floor
New York, NY 10165

9590 9402 4584 8278 6248 91

2. Article Number (Transfer from service label)

7018 1130 0001 9790 5268

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X DFRT9TC19
☐ Agent
☐ Addressee

B. Received by (Printed Name): STARKS
C. Date of Delivery: 12-14-20

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Restricted Delivery

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt