UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

| | |
|---|---|
| In the Matter of **Richard P. Liebowitz**,<br>A Member of the Bar of the<br>United States District Court<br>For the District of North Dakota | Case No. 1:20-mc-010<br><br>**AFFIDAVIT** |

RICHARD P. LIEBOWITZ, being duly sworn, deposes and says that:

1. I am respectfully submitting this Affidavit in response to this Court's December 15, 2020 Order suspending me from practice before this Court based upon a November 30, 2020 Order of the United States District Court for the Southern District of New York, suspending me from the practice of law pending the outcome of disciplinary proceedings in that court.

2. I consent to the suspension of my admission to the Bar of this Court to coincide with the suspension ordered by the United States District Court for the Southern District of New York.[1]

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Richard P. Liebowitz

Sworn to before me this
14 day of January, 2021

_____
Notary Public

---

[1] This Court's December 15th Order provided that: "A personal appearance and formal proceeding may be waived by the filing of an affidavit by Richard P. Liebowitz consenting to the suspension of his admission to the Bar of this Court to coincide with the suspension ordered by the *Supreme Court of North Dakota*." (Emphasis added.) Given that I am not admitted to practice before the Supreme Court of North Dakota and have not been suspended by that court, I assume the reference to the Supreme Court of North Dakota was a typographical error and that this Court intended to reference the suspension imposed by the Southern District of New York.