# UNITED STATES DISTRICT COURT
# DISTRICT OF NORTH DAKOTA

In the Matter of **Richard P. Liebowitz,**
A Member of the Bar of the
United States District Court                                       Case No. 1:20-mc-010
For the District of North Dakota

## SUSPENSION ORDER

On December 15, 2020, the Court ordered that Richard P. Liebowitz show cause why he should not be suspended from practice for a period to coincide with the suspension, pending the outcome of disciplinary proceedings, ordered by the United States District Court for the Southern District of New York. See Doc. No. 1. On January 14, 2021, Leibowitz filed an affidavit consenting to the suspension. See Doc. No. 4.

IT IS ORDERED that, pursuant to D.N.D. Gen. R. 1.3(H)(3), Richard P. Liebowitz is suspended from practice pending the outcome of disciplinary proceedings pending in the United States District Court for the Southern District of New York. Liebowitz is directed to promptly advise this Court of the outcome of the pending disciplinary proceedings.

Dated this 25th day of January, 2021.

                                                          */s/ Peter D. Welte*
                                                          Peter D. Welte, Chief Judge
                                                          United States District Court