LAW OFFICES OF
## MICHAEL S. ROSS
ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

May 3, 2022

**BY FIRST CLASS MAIL**

Hon. Robert Ansley
Clerk of Court
United States District Court for the
District of North Dakota
P.O. Box 1193
Bismarck North Dakota 58502-1193

   Re: In re: Richard P. Liebowitz, Case No. 1:20-mc-010;
      Notice Of Discipline By A Foreign Jurisdiction.

Dear Mr. Ansley:

  My firm represents Richard P. Liebowitz, an attorney who is currently suspended from practice before your Court. The purpose of this letter is to advise your Court that by Order dated April 22, 2022, the Committee on Grievances for the United States District Court for the Southern District of New York suspended Mr. Liebowitz for a period of four years, effective November 30, 2020, and until further order of the court. (A copy of the Southern District of New York's April 22, 2022 Order is attached hereto.)

  I had previously advised your Court of the Southern District of New York's November 30, 2020 Amended Order interimly suspending Mr. Liebowitz by letter dated December 9, 2020. Subsequently, by Order of this Court dated January 25, 2021, Mr. Liebowitz was suspended from practice pending the outcome of disciplinary proceedings pending in the United States District Court for the Southern District of New York.

  As this Court's records will reflect, in my December 9, 2020 initial notification letter to this Court, I indicated that unless I heard otherwise from this Court, in the interest of conserving judicial resources, my firm would not burden this Court by continually advising it in writing of subsequent reciprocal discipline imposed upon Mr. Liebowitz by the numerous other federal jurisdictions in which he is admitted which arises from the Southern District of New York's November 30, 2020 Amended Order. However, I am advising this Court of Mr. Liebowitz' recent April 22, 2022 suspension by the Southern District of New York because that suspension is based upon the November 30, 2020 Amended Order of the Southern District of New York.

Law Offices Of
Michael S. Ross

Hon. Robert Ansley
May 3, 2022
Page 2

                              Respectfully submitted,

                              Michael S. Ross

Att.