UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

In the Matter of **Richard P. Liebowitz,**
A Member of the Bar of the
United States District Court                             Case No. 1:20-mc-010
For the District of North Dakota

**ORDER TO SHOW CAUSE**

On January 15, 2020, the Court ordered that Richard P. Liebowitz show cause why he should not be temporarily suspended pending the outcome of disciplinary proceedings in the Southern District of New York. See Doc. No. 1. Mr. Liebowitz subsequently consented to a temporary suspension until the Southern District of New York completed its disciplinary proceedings. See Doc. No. 4. The Court then continued his temporary suspension and ordered Mr. Liebowitz to promptly advise the Court of the outcome of the pending disciplinary proceedings. See Doc. No. 5.

In November of 2021, Mr. Liebowitz' attorney filed a letter with the Court advising that the State of New York had also indefinitely suspended Mr. Liebowitz pending the outcome of the federal court disciplinary proceedings in the Southern District of New York. See Doc. No. 7.

On May 6, 2022, Mr. Liebowitz' attorney filed a second letter advising that the disciplinary proceedings in the Southern District of New York were resolved on April 22, 2022. See Doc. No. 8. The Southern District of New York suspended Mr. Liebowitz for a period of four years, effective November 30, 2022. See Doc. No. 8-1.

IT IS ORDERED, pursuant to D.N.D. Gen. L. R. 1.3(H)(2), that Richard P. Liebowitz show cause within thirty (30) days from this date why his temporary suspension from practice before this Court should not be converted into a four-year suspension from practice before this Court, effective November 20, 2022, to coincide with the suspension ordered by the Southern District of New York.

A personal appearance and formal proceeding may be waived by the filing of an affidavit by Richard P. Liebowitz consenting to the suspension of his admission to the Bar of this Court to coincide with the four year suspension issued by the Southern District of New York.

Dated this 6th day of May, 2022.

                                              /s/ Peter D. Welte
                                              Peter D. Welte, Chief Judge
                                              United States District Court