| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X DFKT2.C19   ☐ Agent  ☐ Addressee<br>B. Received by *(Printed Name)* STALKS   C. Date of Delivery 5-9-22 |
| 1. Article Addressed to:<br>Richard P. Liebowitz<br>ATTN: Law Offices of Michael S. Ross<br>One Grand Central Place<br>60 East 42nd Street<br>Forty-Seventh Floor<br>New York, NY 10165 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖<br>9590 9402 4584 8278 6247 23 | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ ail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number *(Transfer from service label)*<br>7013 0600 0000 2718 0485 | |

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt