Law Offices Of
# MICHAEL S. ROSS
ONE GRAND CENTRAL PLACE
60 EAST 42ND STREET
FORTY-SEVENTH FLOOR
NEW YORK, NY 10165

TELEPHONE
(212) 505-4060
FACSIMILE
(212) 505-4054
E-MAIL
michaelross@rosslaw.org

May 10, 2022

**BY FIRST CLASS MAIL**

Hon. Robert Ansley
Clerk of Court
United States District Court for the
District of North Dakota
P.O. Box 1193
Bismarck, North Dakota 58502-1193

      Re:   In re: Richard P. Liebowitz, Case No. 1:20-mc-010;
               <u>Notice Of Discipline By A Foreign Jurisdiction.</u>

Dear Mr. Ansley:

      My firm represents Richard P. Liebowitz,[1] an attorney who is currently suspended from practice before your Court and to whom this Court has issued the attached May 6, 2022 Order to Show Cause. The purpose of this letter is to: 1) advise this Court that in connection with the pending Order to Show Cause, Mr. Liebowitz does not oppose the imposition of reciprocal discipline of a four-year suspension by this Court; but 2) respectfully request that this Court *amend* its Order to Show Cause to correct the effective date of the Southern District of New York's suspension Order from "November 20, 2022" to November 30, 2020, which is, in fact, the date on which Mr. Liebowitz' suspension became effective.

---

[1] I am only admitted to practice law in New York and the only purpose of my letters to this Court have been to notify this Court of Mr. Liebowitz' suspensions from the practice of law in the Southern District of New York, pursuant to Rule 1.5(h)(3) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, and in the Supreme Court of the State of New York, Appellate Division, Second Judicial Department, because that is where Mr. Liebowitz was admitted to practice.

LAW OFFICES OF
MICHAEL S. ROSS

Hon. Robert Ansley
May 10, 2022
Page 2

                                    Respectfully submitted,

                                    Michael S. Ross

Att.