UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA

In the Matter of **Richard P. Liebowitz,**
A Member of the Bar of the
United States District Court                                    Case No. 1:20-mc-010
For the District of North Dakota

**SUSPENSION ORDER**

On January 15, 2020, the Court ordered that Richard P. Liebowitz show cause why he should not be temporarily suspended pending the outcome of disciplinary proceedings in the Southern District of New York. See Doc. No. 1. Mr. Liebowitz subsequently consented to a temporary suspension until the Southern District of New York completed its disciplinary proceedings. See Doc. No. 4. The Court then continued his temporary suspension and ordered Mr. Liebowitz to promptly advise the Court of the outcome of the pending disciplinary proceedings. See Doc. No. 5.

In November of 2021, Mr. Liebowitz' attorney filed a letter with the Court advising that the State of New York had also indefinitely suspended Mr. Liebowitz pending the outcome of the federal court disciplinary proceedings in the Southern District of New York. See Doc. No. 7.

On May 6, 2022, Mr. Liebowitz' attorney filed a second letter advising that the disciplinary proceedings in the Southern District of New York were resolved on April 22, 2022. See Doc. No. 8. The Southern District of New York suspended Mr. Liebowitz for a period of four years, effective November 30, 2020. See Doc. No. 8-1.

On May 6, 2022, the Court ordered that Richard P. Liebowitz show cause why he should not be suspended from practice for a period to coincide with the suspension ordered by the Southern

District of New York.  See Doc. No. 9.[1]  On May 16, 2022, Mr. Liebowitz's attorney filed a third letter, which advised the Court that Mr. Liebowitz does not oppose the imposition of reciprocal discipline to coincide with the suspension issued by the Southern District of New York.  See Doc. No. 11.

IT IS ORDERED that, pursuant to D.N.D. Gen. R. 1.3(H)(3), Richard P. Liebowitz is suspended from practice for a period of four years, effective November 30, 2020.  Leibowitz may seek reinstatement consistent with the provisions of D.N.D. Gen. L. R. 1.3(I).

Dated this 26th day of May, 2022.

                                                                           */s/ Peter D. Welte*
                                                                          Peter D. Welte, Chief Judge
                                                                          United States District Court

---

[1] The Order contained a typographical error regarding the effective date of Mr. Liebowitz's suspension in the Southern District of New York.  The Order should have stated the suspension was effective as of 2020 rather than 2022.